1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC VALENCIA,                          Case No.  1:24-cv-01477-EPG (PC)

12                  Plaintiff,

13           v.                                ORDER GRANTING APPLICATION TO
                                               PROCEED *IN FORMA PAUPERIS*
14    DAVID BALAKIAN, et al.,                  (ECF No. 6)

15                  Defendants.                              and

16
                                               ORDER DIRECTING PAYMENT
17                                             OF INMATE FILING FEE BY THE
                                               MADERA COUNTY SHERIFF
18

19
              Plaintiff is confined and proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has
20
      requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 6).
21
      Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in*
22
      *forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for
23
      this action.  28 U.S.C. § 1915(b)(1).   Plaintiff is obligated to make monthly payments in the
24
      amount of twenty percent of the preceding month's income credited to plaintiff's trust account.
25
      The Madera County Sheriff is required to send to the Clerk of the Court payments from plaintiff's
26
      account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid
27
      in full.  28 U.S.C. § 1915(b)(2).
28

                                                    1

In accordance with the above and good cause appearing therefore, IT IS ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is GRANTED;

**2. The Madera County Sheriff or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Madera County Sheriff located at 195 Tozer Street Madera, CA 93638.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   __**January 14, 2025**__                    ___/s/ Erica P. Grosjean___
                                                        UNITED STATES MAGISTRATE JUDGE

2