UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALENCIA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BALAKIAN, et al.,<br><br>    Defendants. | No. 1:24-cv-01477-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT<br><br>(Doc. 10) |

Plaintiff Eric Valencia is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2025, the assigned magistrate judge entered findings and recommendations, recommending that plaintiff's case be dismissed without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 10. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty days of service. *Id*. at 12-13. Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on March 21, 2025, Doc. 10, are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: May 13, 2025

_____
UNITED STATES DISTRICT JUDGE

2